Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Robert Hammatt | ) Chapter 13<br>)<br>) Case No.: 8:10-bk-18972-ES<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301175** in the sum of **$ 900.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    Robert Hammatt
    9042 Blair River Circle
    Fountain Valley, CA 92702

Date: September 10, 2011           __/S/_____
                                             Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1018972 | Robert Hammatt ACCT: | Claim: 00000 | XXX-XX-4198 | 900.00 | 0.00 | 900.00 |
| | | TOTALS | | 900.00 | 0.00 | 900.00 |

Robert Hammatt

BALANCE:           [0.00  1/00000]
SSN: XXX-XX-4198   SSN:
ACCT:                          CASE: 1018972
PRINCIPAL:         900.00   INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301175

Sep 09, 2011

VOID 90 DAYS FROM DATE

*******$900.00

PAY   Nine Hundred And 00 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301175⑈ ⑆061100790⑆ 000000575186 2⑈